IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

TIMOTHY WOODS #09369002
SS# 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
P.O. BOX 159 MONTGOMERY, CITY JAIL
MONTGOMERY, ALABAMA 36101

Full name and prison name of
Plaintiff(s)

RECEIVED
2007 SEP 25 A 9:35

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

v.

CIVIL ACTION NO. 2:07-CV-855-MHT
(To be supplied by Clerk of U.S. District Court)

Chief Blackmon of the Georgiana
Police Station! Officer
Nelson of the Georgiana Police
Department! Cental Tel
Telephone Company and
GTE Telephone Company

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☑ NO ☐

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) TIMOTHY WOODS #09369002 SS#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 P.O. BOX 159 MONTGOMERY, CITY JAIL MONTGOMERY, ALABAMA 36101

Defendant(s) Chief Blackmon, Officer Nelson, of the Georgiana Police Department! Cental Tel, GTE Telephone, Company GEORGIANA, ALABAMA, ALABAMA; Power and light Company,

2. Court (if federal court, name the district; if state court, name the county)
UNITED STATES DISTRICT COURT, FEDERAL COURT!
P.O. BOX 711
MONTGOMERY, ALABAMA 36101

Federal court the ku klux klansmans have, me! in salvery and I can't go to any place and buy food, gas, house, cars, trucks, I had about $30 Million Dollars in the Bank and the ku klux klan taken all my suff! I want my stuff back! TODAY! I want live not die! need the F.B.I Agents and the Federal U.S. Attorneys that I


I need S.O.S HELP! TODAY! I need them to get me A house to live in And my money, BECAUSE I need to live the ku klux Klansmans Have it, that I can't have A wife or family! I need S.O.S HELP! TODAY! BECAUSE I WANT to live! And I WANT to get married. I need to get out this PLACE TODAY!

FEDERAL COURT, I need S.O.S HELP! TODAY!

I NEED FEDERAL F.B.I AGENTS And U.S ATTORNEY to come to get me OUT OF this PLACE! TODAY! BEFORE OFFICER DAVID A. Conoly, And OFFICER ARMSTRONG kill! ME! BECAUSE I DO NOT suppose to BE in this PLACE! the Montgomery City JAIL!

S.O.S HELP! TODAY!

3. Docket number __N/A__
4. Name of judge to whom case was assigned __N/A__
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) __N/A__
6. Approximate date of filing lawsuit __N/A__
7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT _____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Montgomery, City, Jail P.O. Box 159 Montgomery, Alabama 36101__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                ADDRESS

1. Chief Blackmon; Georgiana, Alabama police Department!
2. Officer Nelson, Georgiana, Alabama; police Department!
3. Cental Tel telephone Ms. Pricilla!
4. GTE telephone Company MS.
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __6/26/1994__

__Sworn Affidavit Of Truth!__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Chief Blackmon; Officer Nelson, of the Georgiana, Alabama; police, Department! They are Racist, Ku Klux Klansmans, Chief Blackmon, Officer Armstrong, And Officer, Nelson, violated my Constitutional, Civil Rights! Because they send me to Federal, Prison; For Nothing! They charge me with Drugs and a Rifle! They know That I did not have, Drugs or a Rifle! At my Mother house! Officer Nelson, Chief Blackmon, Officer Armstrong! Charge me with Drugs And a Rifle! I never had! Because they are Racist Ku Klux Klansmans! And Chief Blackmon And Officer Nelson, Officer Armstrong! Taken my truck

And Jeep! my truck that cost $35,000 Dollars And my Jeep! that cost $40,000 Dollars And Officer Armstrong, And Cheif Blackmon And Officer Nelson, taken my Jeep And truck And they had no probable cause, to take my Jeep And truck they ARE RACIST! Ku Klux Klansmans, Because they had no probable cause to take my Jeep And truck I want my; Jeep And truck! Back! I want my spreakers And CD Radio And Amplfiers And CD's And they cost me $50,000 Dollars! And I want my stuff! Back today! I need to get All my stuff back today! In this Civil Rights; law suit! I Am Asking for $100. Million Dollars! Today! In Crash money! Cheif Blackmon, Officer Armstrong, Officer Nelson, Officer David A. Conoly; in 8-26-1994 had put me in Federal prison for nothing! Because they ARE RACIST; Ku Klux Klansmans, They had no probable cause; to take my; Jeep And my truck! And my spreakers, And CD Radio, And Amplfiers And CD's And I want All my stuff back today. I need Civil Rights; F.B.I Agents! And Civil Rights U.S. Attorney's to come get me out of this place! Today! Because Officer Armstrong And Officer David A. Conoly, have me in the Montgomery, City Jail! Because they said I need to go back to Jail; for nothing! I need Civil Rights; F.B.I Agents! And Civil Rights U.S. Attorney's to come And see me And get me out of this place today! I need S.O.S Help! Today! to go home!

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I need the FEDERAL COURT, To; get the Civil Rights F.B.I Agents! And Civil Rights U.S. ATToney's to get me out this PlACE; TODAY! And I need S.O.S HElP! TODAY! Send the F.B.I Agents And U.S. Attoney's to come see me TODAY! And get me out of this PlACE! TODAY! I Am Asking the Federal COURT FOR 100, Million Dollars in this Civil Rights LAW SUIT TODAY!

GROUND TWO: The telephone, CENTAI TEI Company MS. Pricilla CHARGE, M $50,000 DOllARS! And my telephone Bill, it BE A $30.00 DOllARS I need my funds BACK TODAY!

SUPPORTING FACTS: CENTAI TEI telephone Company; had no PROBABlE CAUSE; to take And CHARGE me $50,000 DOllARS on my telephone Bill! my telephone; Bill; is ABOUT $30.00 dollars! CENTAI TEI telephone And GTE telephone Company MS. Pricilla, And NACy ARE RACIST! ku klux klansmans, women! I WANT my funds BACK for my telephone! Bill!

GROUND THREE: ALABAMA power company, CHARGE me $80,000 DOllARS on my telephone And light Bill! I need my funds BACK TODAY! my light is ABOUT $40.00 DOllARS!

SUPPORTING FACTS: ALABAMA power company LARRy And mount; ARE RACIST ku klux klansmans! And they CHARGE me; to my telephone Bill And light Bill! $80,000 DOllARS! I WANT my funds, BACK TODAY! In this Civil Rights; LAW SUIT, I need the COURT! To give me A Settlement OF $100, Million; Dollars TODAY! In CASh; Money! TODAY! I need this FEDERAl COURT to hear my CASE TODAY! And Bring me to COURT TODAY! I need S.O.S HElP! TODAY! I need to go home; TODAY! I need S.O.S HElP! TODAY! BECAUSE OFFICER Armstrong And OFFICER DAvid A. Conoly And CHEiF Blackmon, And OFFICER, NElson, had me put BACK in the Montgomery, CITY JAIl! for

nothing! They said they put me in this place! Because they said that, I did not, take my medications! But, I, did, take my medications! I only take some medications, because my girl, friend, die, in a car, cash! some while, ago! And I need my funds, check, back today! It is $4,900.00 Dollars! I need S.O.S Help! Today! Clerk of Court! I need you to get the Civil Rights, F.B.I Agents, And civil Rights, U.S. Attorney, to get me out of this place, today! I need to go home, today! Because I need S.O.S Help! Today! My Civil Rights! Have Been Violated, By Cheif Blackmon, And Officer Nelson, And Officer DavidA. Conoly! And Officer Armstrong! For nothing! I need to see the F.B.I Agents And Federal U.S. Attorneys to come get me out of this place! Today! I need to go home! Today! S.O.S Help! Today!

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I need to go home; TODAY! I Been in this place for About five, months! I need the F.B.I Agents! And U.S. Attorne to come get me out of this place TODAY! I Am Asking for A $100, Million Dollars, TODAY! In cash, money, In this Civil Rights! LAWSUIT! TODAY! I Am Asking the Federal Court to give me A out of Settement of A $100, Million Dollars TODAY! In cash Money, And to hear this case in Federal Court TODAY! Because my Civil Rights; Been Violated; And I need to get out of this place; And go home; TODAY! Send F.B.I Agents TODAY; And Federal U.S. Attorney's to come See me TODAY! And get me out of this place! TODAY! Clerk of Court write me Back TODAY! I need S.O.S Help! TODAY!

_Timothy Woods_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   9/27/2007  .
            (Date)

_Timothy Woods_
Signature of plaintiff(s)

TIMOTHY WOODS
REG.NUMBER#09369002
MONTGOMERY CITY JAIL
DRAWER 159
MONTGOMERY, ALABAMA 36101

INMATE MAIL
MONTGOMERY CITY JAIL

To: CLERK OF COURT
UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery, ALABAMA 36101