IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY WOODS, #09369002 ) | |
| ) | |
| Plaintiff, ) | |
| v.  ) | CASE No. 2:07-CV-855-MEF |
| ) | (WO) |
| CHIEF BLACKMON OF THE ) | |
| GEORGIANA POLICE STATION, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

The Magistrate Judge filed a Recommendation (Doc. #4) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. #4) is ADOPTED;

2. Plaintiff's claims challenging events which occurred on June 26, 1994 are DISMISSED with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i) as Plaintiff failed to file the complaint with regard to these allegations within the time prescribed by the applicable period of limitation;

3. Plaintiff's § 1983 claims presented against Defendants Cental Tel Telephone Company, TE Telephone Company, and the Alabama Power Company, to the extent they are not barred by the applicable statute of limitations are DISMISSED with prejudice in

accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i);

4. Plaintiff's request for immediate release from confinement is DISMISSED without prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(ii);

5. This case be DISMISSED without prejudice.

Done this the 17th day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE